The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ARMANDO TAVARES,<br><br>Defendant. | NO. CR19-131RSL<br><br>**ORDER MODIFYING CONDITIONS OF SUPERVISION** |

THIS MATTER having come on before the undersigned United States District Judge for a hearing addressing the Defendant's alleged violations of his supervised release; the Defendant being present and represented by his attorney, Gregory Geist; the government being represented by James D. Oesterle, Assistant United States Attorney; and the Court having heard from counsel and U.S. Probation Officer Autumn Murtagh, and having considered the file in this case, the Court hereby finds by a preponderance of the evidence that:

1. Defendant consumed alcohol on or about August 4, 2020 in violation of a condition of his supervised release.

Now, therefore it is hereby:

ORDERED AND ADJUDGED that Defendant violated a condition of his supervised release by consuming alcohol on or about August 4, 2020;

ORDER MODIFYING
CONDITIONS OF SUPERVISION
*United States v. Tavares*/CR19-131 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS ORDERED that the previously imposed Appearance Bond conditions requiring alcohol testing and participation in the location monitoring program be removed effective immediately upon entry of this Order;

IT IS ORDERED that the previously imposed Special Condition of Supervision requiring participation in a sexual deviancy evaluation be removed;

IT IS ORDERED that all other conditions of Defendant's supervised release previously imposed remain in effect; and

IT IS ORDERED that the Clerk of the Court deliver a certified copy of this Order Modifying Terms of Supervised Release to the United States Marshal or other qualified officer (with copies to counsel of record).

DATED this 20th day of November 2020.

_____
Robert S. Lasnik
United States District Judge

Presented by:

_____
JAMES D. OESTERLE
Assistant United States Attorney

ORDER MODIFYING
CONDITIONS OF SUPERVISION
*United States v. Tavares*/CR19-131 - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970